# JacksonLewis

Jackson Lewis P.C.
44 South Broadway, 14th Floor
White Plains NY  10601
(914) 872-8060 Main
(914) 946-1216 Fax
jacksonlewis.com

November 20, 2023

**_VIA ECF_**
Honorable Vincent L. Briccetti
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4167

**Re:   Paola Ortega v. ASF Construction and Excavation Corp., et al.
         Case No. 23-cv-00951 (VB)**

Dear Judge Briccetti:

We represent Defendants ASF Construction and Excavation Corp. and Hudson Concrete Inc. ("Defendants") in the above-referenced matter.  We write jointly with Plaintiff's counsel, Allegra Fishel, to request a brief extension of the Parties' deadline to restore this action to the Court's calendar set forth in Your Honor's Order dated November 2, 2023 (Dkt. 22).  Currently, the Parties have until December 18, 2023 to restore this action to the Court's calendar if their settlement is not consummated.  The Parties are in the process of finalizing their settlement agreement.  However, under the agreement the settlement consideration may not be tendered by December 18, 2023.  In an effort to avoid having to restore this matter to the Court's calendar while the consideration is pending, the Parties respectfully request the Court to extend the deadline to restore to and including January 17, 2024.  The Parties do not anticipate requiring any further extensions.

We thank the Court for its consideration of this joint request.

Respectfully submitted,

Scott T. Baken
Brian A. Bodansky
Tel: (914) 872-6882 Direct
Scott.Baken@jacksonlewis.com
Brian.Bodansky@jacksonlewis.com

cc: All Counsel of Record _via_ ECF